**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| IN RE REGENCELL BIOSCIENCE HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:26-cv-01602-BAH |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Joseph Matassa ("Lead Plaintiff"), whom the Court appointed as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), hereby voluntarily dismisses this action without prejudice as to all defendants. As grounds therefor, Lead Plaintiff states that: (1) no defendant has filed or served either an answer, a motion for summary judgment, or a motion to dismiss; and (2) a class has not been certified in this action.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Daniel S. Sommers*
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Avenue N.W.
Suite 800, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff and the Class*

Jeremy A. Lieberman

(*pro hac vice*)
Jonathan D. Park
(*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Daniel S. Sommers*
Daniel S. Sommers